**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MOHAMMAD "MOE" DIAB and | ) | CRIMINAL NO. 1:19-cr-00374 (RDM) |
| RANI EL-SAADI, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE OF COMMUNICATIONS REGARDING TRIAL DATE**

The United States of America, by and through the undersigned attorneys, hereby respectfully files this notice to the Court concerning statements made by Mr. Harland Braun, counsel for Defendant Mohammad Diab.

At the February 1, 2022, status conference, Mr. Braun represented to the Court that he had "enough time to get ready [for trial] by the 18th." Tr. Status Conf., Feb. 1, 2022, at 14. At this conference, the Court instructed Mr. Braun to notify the Court if he required more time to prepare "as absolute soon as possible because people are putting themselves in harm's way to get here to trial," and to minimize disruption to the Court's calendar. (*Id*. at 18; *see also id*. at 14 ("Mr. Braun, if it turns out that there is something relating to the evidence that you can't get on top of between now and then or if the motions are more substantial or any other reason the parties cannot proceed on the 18th, I'm just going to direct or order that if anyone becomes aware of that should let the Court know as soon as absolutely possible.").) Based upon this representation by Mr. Braun, the United States has been in contact with approximately eight out-of-town witnesses who are making arrangements to travel to the District of Columbia to testify at the trial beginning on February 23.

On February 11, 2022, an attorney for the filter team of the Public Integrity Section of the

U.S. Department of Justice's Criminal Division (hereinafter, "PIN" or the "government") received

an email communication from Mr. Braun—which also included counsel for defendants Rani El-

Saadi and Ahmad Khawaja, who remains a fugitive, as well as defendant Diab as recipients—

stating, in part:

> We are now set for a pretrial on the 22nd with jury selection on the 23rd. At this time, I do not have adequate time to review the Boston documents and I believe the Judge expressed his own concern on the record.
>
> I therefore plan to answer, not ready for a joint trial with El Saidi [sic]. Not only must the Boston evidence be reviewed, but I also need to review all the evidence against El Saidi [sic] to see whether it impacts Mo [Diab].

*See* Exh. 1 (Email from Harland Braun, Braun & Braun LLP, to Michael Lang, PIN, *et al.*, (Feb.

11, 2022, 2:00 p.m. ET)).   In subsequent email communications, Mr. Braun indicated that he

"should know better by Tuesday or Wednesday" and that "[e]ven if I should be unprepared, you

will still have to try Mr. El Saidi [*sic*] separately which means the preparation is the same."  *See*

Exh. 1, Exh. 2 (Email from Harland Braun, Braun & Braun LLP, to Victor R. Salgado, PIN, *et al.*

(Feb. 11, 2022, at 5:01 p.m. ET).

       In light of the Court's prior directive to the parties, and the impending travel arrangements

of a number of trial witnesses, the government respectfully notifies the Court of the above-

referenced communications from Diab's counsel, in the event that the Court would like to address

this matter with the parties.  The United States remains prepared to proceed to trial on February

23, 2022, against both defendants, as agreed to by the parties at the pretrial conference.


                                        Respectfully submitted,
                                        COREY R. AMUNDSON
                                        Chief, Public Integrity Section
                                        Criminal Division
                                        U.S. Department of Justice

By:    */s/ Victor R. Salgado*
        **Victor R. Salgado**
        Senior Litigation Counsel
        D.C. Bar No. 975013
        **Michelle K. Parikh**
        Trial Attorney
        D.C. Bar No. 1044532
        **Tanya D. Senanayake**
        D.C. Bar No. 1006218
        Public Integrity Section
        Criminal Division
        U.S. Department of Justice

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with

the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

attorneys of record for the defendants.


Dated:  February 12, 2022                                 */s/ Victor R. Salgado*
                                                         Victor R. Salgado
                                                         Public Integrity Section
                                                         Criminal Division
                                                         U.S. Department of Justice