UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 1:19-cr-00374 (RDM) |
| MOHAMMAD "MOE" DIAB and ) | |
| RANI EL-SAADI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# Attach. 4

(United States Proposed Verdict Form for Defendant Mohammad Diab)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MOHAMMAD DIAB, )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL NO. 1:19-cr-00374 (RDM)<br><br>VERDICT FORM |

I.   As to **Count Thirteen** of the Indictment, conspiracy to make conduit contributions, make excessive contributions, cause false statements, and cause false entries in records, in violation of 18 U.S.C. § 371, we, the jury, find the Defendant, MOHAMMAD DIAB:

**COUNT 13:**        GUILTY_____        NOT GUILTY _____

If the jury finds defendant MOHAMMAD DIAB guilty as to Count Thirteen, the jury must also answer the questions on the Special Interrogatory: Count 13 form attached to this Verdict form.  The jury's responses on the special interrogatory must be unanimous.

II.   As to **Count Seventeen** of the Indictment, willfully permitting his name to be used to effect contributions of another person, and willfully causing a political committee to unwittingly accept contributions made by one person in the name of another person, in violation of 52 U.S.C. §§ 30109(d)(1)(A)(i) and 30122, and 18 U.S.C. § 2, we, the jury, find the Defendant, MOHAMMAD DIAB:

**COUNT 17:**        GUILTY_____        NOT GUILTY _____

If the jury finds defendant MOHAMMAD DIAB guilty as to Count Seventeen, the jury

1

must also answer the questions on the Special Interrogatory: Count 17 form attached to this Verdict form.  The jury's responses on the special interrogatory must be unanimous.

III.  As to **Count Thirty-Three** of the Indictment, willfully permitting his name to be used to effect contributions of another person, and willfully causing a political committee to unwittingly accept contributions made by one person in the name of another person, in violation of 52 U.S.C. §§ 30109(d)(1)(A)(i) and 30122, and 18 U.S.C. § 2, we, the jury, find the Defendant, MOHAMMAD DIAB:

**COUNT 33:**          GUILTY_____          NOT GUILTY _____

If the jury finds defendant MOHAMMAD DIAB guilty as to Count Thirty-Three, the jury must also answer the questions on the Special Interrogatory: Count 33 form attached to this Verdict form.  The jury's responses on the special interrogatory must be unanimous.

IV.  As to **Count Fifty** of the Indictment, corruptly influencing, obstructing, and impeding, and endeavoring to influence, obstruct, and impede, the due administration of justice, to wit, a federal grand jury investigation pending in the District of Columbia, in violation of 18 U.S.C. § 1503, we, the jury, find the Defendant, MOHAMMAD DIAB:

**COUNT 50:**          GUILTY_____          NOT GUILTY _____

_____          _____
Date                                                                          Foreperson

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 1:19-cr-00374 (RDM) |
| MOHAMMAD DIAB, ) | |
| ) | SPECIAL INTERROGATORY: |
| Defendant. ) | COUNT THIRTEEN |
| ) | |

We, the jury in the above-captioned case, having found the defendant MOHAMMAD DIAB guilty of Count Thirteen, do hereby find as follows:

1. We, the jury, unanimously agree on the finding that defendant MOHAMMAD DIAB knowingly conspired and agreed together and with others, to commit offenses against the United States, that is:

(check one **or** more than one)

_____   willfully making contributions in the name of another person, which contributions aggregated $25,000 and more in a calendar year, in violation of 52 U.S.C. §§ 30109(d)(1)(A)(i) and 30122, and 18 U.S.C. § 2

_____   permitting one's name to be used to effect contributions in the name of another person, which contributions aggregated $25,000 and more in a calendar year, in violation of 52 U.S.C. §§ 30109(d)(1)(A)(i) and 30122, and 18 U.S.C. § 2

_____   causing another to accept contributions made by one person in the name of another person, which contributions aggregated $25,000 and more in a

3

calendar year, in violation of 52 U.S.C. §§ 30109(d)(1)(A)(i) and 30122, and 18 U.S.C. § 2

_____  willfully causing a political committee to accept contributions in excess of the limits of the Federal Election Campaign Act, which aggregated $25,000 and more in a calendar year, in violation of 52 U.S.C. §§ 30109(d)(1)(A)(i) and 30116(f), and 18 U.S.C. § 2

_____  willfully causing the submission of material false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the government of the United States, in violation of 18 U.S.C. §§ 1001(a)(2) and 2

_____  with the intent to impede, obstruct, and influence, and in relation to and contemplation of, the investigation and proper administration of matters within the jurisdiction of departments and agencies of the United States, knowingly causing the concealment, covering up, falsifying, and making of false entries in records, documents, and tangible objects, in violation of 18 U.S.C. §§ 1519 and 2

_____     _____
Date                                                                             Foreperson

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 1:19-cr-00374 (RDM) |
| MOHAMMAD DIAB, ) | |
| ) | SPECIAL INTERROGATORY: |
| Defendant. ) | COUNT SEVENTEEN |
| ) | |

We, the jury in the above-captioned case, having found the defendant MOHAMMAD DIAB guilty of Count Seventeen, do hereby find as follows:

1. We, the jury, unanimously agree on the finding that defendant MOHAMMAD DIAB (check one **or** more than one)

   _____  willfully permitted his name to be used to effect contributions of another person to a political committee, to wit, the Hillary Victory Fund and Democratic National Committee, which contributions aggregated $25,000 and more in a calendar year, in violation of 52 U.S.C. §§ 30109(d)(1)(A)(i) and 30122, and 18 U.S.C. § 2

   _____  willfully caused a political committee, to wit, the Hillary Victory Fund and Democratic National Committee, to unwittingly accept contributions made by one person in the name of another person, which contributions aggregated $25,000 and more in a calendar year, in violation of 52 U.S.C. §§ 30109(d)(1)(A)(i) and 30122, and 18 U.S.C. § 2

_____  _____
Date                                                                                 Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MOHAMMAD DIAB, )<br>)<br>Defendant. )<br>) | CRIMINAL NO. 1:19-cr-00374 (RDM)<br><br>SPECIAL INTERROGATORY:<br>COUNT THIRTY-THREE |

We, the jury in the above-captioned case, having found the defendant MOHAMMAD DIAB guilty of Count Thirty-Three, do hereby find as follows:

1. We, the jury, unanimously agree on the finding that defendant MOHAMMAD DIAB (check one **or** more than one)

    _____ willfully permitted his name to be used to effect contributions of another person to a political committee, to wit, the Republican National Committee, which contributions aggregated $25,000 and more in a calendar year, in violation of 52 U.S.C. §§ 30109(d)(1)(A)(i) and 30122, and 18 U.S.C. § 2

    _____ willfully caused a political committee, to wit, the Republican National Committee, to unwittingly accept contributions made by one person in the name of another person, which contributions aggregated $25,000 and more in a calendar year, in violation of 52 U.S.C. §§ 30109(d)(1)(A)(i) and 30122, and 18 U.S.C. § 2

_____     _____
Date                                                                           Foreperson

6