UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 19-cr-374 (RDM)** |
| : | |
| **MOHAMMA DIAB,** : | |
| : | |
| **Defendant.** : | |

# [DRAFT] JURY VERDICT FORM

### WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

### COUNT 13

As to the charge that the Defendant Mohammad Diab conspired with others to commit the specific offenses of (1) knowingly and willfully making campaign contributions in the name of another person or permitting one's name to be used to effect such contributions; (2) knowingly and willfully causing the submission of material false, fictitious, or fraudulent statements or representations in a matter within the jurisdiction of the Federal Election Commission; or (3) with the intent to impede, obstruct, or influence, and in relation to or contemplation of, the investigation or proper administration of matters within the jurisdiction of the Federal Election Commission, knowingly causing the concealment, covering up, falsifying, or making of false entries in records, documents, or tangible objects, in violation of 18 U.S.C. § 371, we find the Defendant Mohammad Diab:

_____ Guilty                _____ Not Guilty

If you find the Defendant Mohammad Diab not guilty of Count 13, you must proceed to Count 17. If you find the Defendant Mohammad Diab guilty beyond a reasonable doubt of Count 13, what specific offense or offenses do you find to have been the object or objects of the conspiracy? (select one or more).

1. Do you find beyond a reasonable doubt that there was an agreement to commit the offense of knowingly and willfully making contributions in the name of another person, which contributions aggregated $25,000 or more in a calendar year?

    Yes: _____                                No: _____

2. Do you find beyond a reasonable doubt that there was an agreement to commit the offense of knowingly and willfully permitting one's name to be used to effect contributions in the name of another person, which contributions aggregated $25,000 or more in a calendar year?

   Yes: _____          No: _____

3. Do you find beyond a reasonable doubt that there was an agreement to commit the offense of knowingly and willfully causing the submission of material false, fictitious, or fraudulent statements or representations in a matter within the jurisdiction of the Federal Election Commission?

   Yes: _____          No: _____

4. Do you find beyond a reasonable doubt that there was an agreement to commit the offense of knowingly causing the concealment, covering up, falsifying, or making of false entries in records, documents, and tangible objects, with the intent to impede, obstruct, or influence, and in relation to or contemplation of, the investigation or proper administration of matters within the jurisdiction of the Federal Election Commission?

   Yes: _____          No: _____

## COUNT 17

As to the charge that the Defendant Mohammad Diab knowingly and willfully permitted his name to be used to effect a contribution of another person to a political committee, to wit, the Hillary Victory Fund and the Democratic National Committee, which contribution aggregated $25,000 or more in a calendar year, in violation of 52 U.S.C. §§ 30109(d)(1)(A)(i) and 30122, we find the Defendant, Mohammad Diab:

_____ Guilty          _____ Not Guilty

If you find the Defendant Mohammad Diab not guilty of Count 17, you must proceed to Count 33.  If you find the Defendant Mohammad Diab, guilty beyond a reasonable doubt of Count 17, answer the following question.

Special Finding on Venue:

1. Do you find by a preponderance of the evidence that the crime of knowingly and willfully permitting one's name to be used to effect a contribution of another person was begun, continued, or completed in the District of Columbia?

   Yes: _____          No: _____

## COUNT 33

As to the charge that the Defendant Mohammad Diab knowingly and willfully permitted his name to be used to effect a contribution of another person to a political committee, to wit, the Republican National Committee, which contribution aggregated $25,000 or more in a calendar year, in violation of 52 U.S.C. §§ 30109(d)(1)(A)(i) and 30122, we find the Defendant, Mohammad Diab:

_____ Guilty          _____ Not Guilty

If you find the Defendant Mohammad Diab not guilty of Count 33, you must proceed to Count 50.  If you find the Defendant, Mohammad Diab, guilty beyond a reasonable doubt of Count 33, answer the following question.

<u>Special Finding on Venue:</u>

1. Do you find that the crime of knowingly and willfully permitting one's name to be used to effect a contribution of another person was begun, continued, or completed in the District of Columbia?

Yes: _____          No: _____

## COUNT 50

As to the charge that the Defendant Mohammad Diab corruptly influenced, obstructed, or impeded, or endeavored to influence, obstruct, or impede, the due administration of justice, to wit, a federal grand jury proceeding in the District of Columbia, in violation of 18 U.S.C. § 1503, we find the Defendant Mohammad Diab:

_____ Guilty          _____ Not Guilty

BY:  _____          _____
         FOREPERSON                              JUROR NUMBER