U.S.A.
vs.
Diab & El-Saadi

Civil/Criminal No. 19cr374(RDM)

Government ☒
Plaintiff ☐ } Jt. Exhibit
Defendants ☒
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Stipulation | 3/7/21 | 3/7/21 | | |