U.S.A.
vs.
Diab & El-Saadi

Civil/Criminal No. 19 cr 374 (RDM)

Diab

Government ☐ Plaintiff ☐ Defendant ☒ Joint ☐ Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | outgoing of Dekermenjian | 2/28/22 | 2/28/22 | Rudy Dekermenjian | 3/8/22 3:30p |
| 2 | return to L.A. Dekermenjian | → | → | → | |
| 3 | outgoing of Khawaja | | | | |
| 4 | return of Khawaja | ↓ | ↓ | ↓ | |