CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

MOHAMMAD DIAB and RANI EL-SAADI

Civil/Criminal No.: 19cr374 (RDM)

## NOTE FROM JURY

Can we get a copy of government's exhibit 71? We can't seem to locate it. Thanks!

Date: 3/9

Time: 11:01

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

MOHAMMAD DIAB and RANI EL-SAADI

Civil/Criminal No.: 19cr374 (RDM)

### NOTE FROM JURY

With respect to the obstruction count:

① Can a failure to correct misstatements made prior to acquiring knowledge of a grand jury proceeding, if such failure occurs after obtaining knowledge of the proceeding, satisfy the third element?

② Do the defendant's acts need to take place after the grand jury proceeding was initiated to satisfy the third element?

Date: 3/9/22
Time: 3:55pm

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

MOHAMMAD DIAB and RANI EL-SAADI

Civil/Criminal No.: 19cr374 (RDM)

## NOTE FROM JURY

We have a question about the conspiracy count. Page 30 suggests, with respect to the first element, that it is sufficient to find that a defendant conspired with at least one other person. Page 32 suggests that we are to evaluate whether the conspiracy alleged in the indictment existed, which (per pages 38-39) the defendant joined. Do we need to find all elements on page 32 in addition to the standard on page 30.

Date: 3/9/22

Time: 4:10 pm

FOREPERSON