CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

MOHAMMAD DIAB and RANI EL-SAADI

Civil/Criminal No.: 19cr374 (RDM)

### NOTE FROM JURY

We have reached a verdict on the counts against one defendant. What happens if we are unable to reach a unanimous verdict as to the counts against the other defendant?

Date: 3/10/22

Time: 4:05 pm

FOREPERSON

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RANI EL-SAADI and MOHAMMAD DIAB,<br><br>*Defendants.* | Criminal No. 19-374 (RDM) |

Question No. 3

    (1) We have reached a verdict on the counts against one defendant.

    (2) What happens if we are unable to reach a unanimous verdict as to the counts against the other defendant?

Response

    (1) As I have previously instructed you, at any time during your deliberations, you may return your verdict of guilty or not guilty with respect to any Defendant on any count.

    (2) I will call you into the courtroom to provide you with a further instruction with respect to the second portion of your question.