AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ COLUMBIA

UNITED STATES OF AMERICA

V.

MOHAMMAD DIAB

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 19cr374-05 (RDM)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Randolph D. Moss | U.S. District Judge
Name of Judge | Title of Judge

March 11, 2022
Date